CERTIFICATION PURSUANT
TO FEDERAL SECURITIES LAWS

1. I, Mehdi Bathaee, on behalf of LSI Design and Integration Corp. ("LDIC"), as LDIC's Chief Executive Officer, with authority to bind LDIC and enter into litigation on its behalf, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a complaint against Tesaro, Inc. ("Tesaro" or the "Company") and authorize the filing of a similar Complaint on behalf of LDIC.

3. LDIC did not purchase or acquire Tesaro securities at the direction of Plaintiff's counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. LDIC is willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Tesaro securities during the class period, including providing testimony at deposition and trial, if necessary.

5. To the best of my current knowledge, the attached sheet lists all of LDIC's transactions in Tesaro securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, LDIC has not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

7. LDIC agrees not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed  __11/5/18__
          (Date)

__*(Signature)*__

Mehdi Bathaee
On behalf of LSI Design and Integration Corp.,
As Chief Executive Officer

**Tesaro, Inc. (TSRO)**　　　　　　　　　　　　　　　　**LSI Design and Integration Corp. ("LDIC")**

## List of Purchases and Sales

| Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---:|---:|
| Common Stock | | | |
| 11/9/2016 | Purchase | 5,000 | $133.0000 |
| 11/10/2016 | Purchase | 100 | $138.8800 |
| 11/10/2016 | Purchase | 100 | $138.8900 |
| 11/10/2016 | Purchase | 100 | $138.9000 |
| 11/10/2016 | Purchase | 13,700 | $139.0000 |
| 11/10/2016 | Purchase | 200 | $138.8400 |
| 11/10/2016 | Purchase | 300 | $138.8500 |
| 11/10/2016 | Purchase | 500 | $138.9900 |
| 11/14/2016 | Purchase | 100 | $142.5800 |
| 11/14/2016 | Purchase | 100 | $142.7700 |
| 11/14/2016 | Purchase | 100 | $142.7900 |
| 11/14/2016 | Purchase | 100 | $142.8300 |
| 11/14/2016 | Purchase | 100 | $142.8700 |
| 11/14/2016 | Purchase | 100 | $142.9100 |
| 11/14/2016 | Purchase | 100 | $142.9200 |
| 11/14/2016 | Purchase | 100 | $142.9500 |
| 11/14/2016 | Purchase | 100 | $142.9900 |
| 11/14/2016 | Purchase | 100 | $143.0600 |
| 11/14/2016 | Purchase | 1,000 | $143.1472 |
| 11/14/2016 | Purchase | 105 | $143.0200 |
| 11/14/2016 | Purchase | 400 | $142.9300 |
| 11/14/2016 | Purchase | 400 | $142.9400 |
| 11/14/2016 | Purchase | 451 | $143.0800 |
| 11/14/2016 | Purchase | 5,000 | $143.6099 |
| 11/14/2016 | Purchase | 644 | $142.9000 |
| 11/14/2016 | Purchase | 9,000 | $143.2799 |
| | | | |
| Nov 18 2016 135.0 Call | | | |
| 11/4/2016 | Sale | 4 | $1.2500 |
| 11/4/2016 | Sale | 46 | $1.1500 |
| | | | |
| Nov 18 2016 140.0 Call | | | |
| 11/10/2016 | Sale | 150 | $3.3400 |
| | | | |
| Nov 18 2016 145.0 Call | | | |
| 11/7/2016 | Sale | 30 | $0.8400 |
| 11/10/2016 | Sale | 65 | $1.5500 |
| 11/10/2016 | Sale | 85 | $1.5000 |