UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

1:18-cv-12352-LTS

LSI DESIGN AND INTEGRATION CORP.
*Plaintiff,*

v.

TESARO, INC., ET.AL.
*Defendants*

## CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Court's Order (CM/ECF No. 34) dated November 13, 2019, allowing [23] Defendants' Motion to Dismiss Amended Complaint, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

November 13, 2019