UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LSI DESIGN and INTEGRATION CORP.,
Individually and on behalf of all Others Similarly
Situated Lead Plaintiff
                Plaintiff

      CIVIL ACTION

  V.

NO. 1:18-cv-12352-LTS

TESARO, INC., ET. AL.
                Defendant

## JUDGMENT

SOROKIN, D. J.

In accordance with the Court's Order dated March 3, 2020 denying second motion to amend complaint in the above-entitled action, it is hereby ORDERED that:

The case is DISMISSED WITH PREJUDICE.

                                          By the Court,

March 3, 2020                        /s/ Mariliz Montes
   Date                                      Deputy Clerk

(Judgment for SJ.wpd - 12/98)